JM/2023R00518

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Crim. No. 23-657 (RMB) |
|---|---|
| v. | 18 U.S.C. § 922(g)(1) |
| ROBBY VELAZQUEZ | INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about May 16, 2023, in Camden County, in the District of New Jersey and elsewhere, the defendant,

ROBBY VELAZQUEZ,

knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a Glock 43 9mm handgun with serial number BAWT253, a six-round magazine containing six rounds of 9mm hollow-point ammunition, and a seven-round magazine containing seven rounds of 9mm hollow-point ammunition, and the firearm and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, the defendant,

ROBBY VELAZQUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited a Glock 43 9mm handgun with serial number BAWT253, a six-round magazine containing six rounds of 9mm hollow-point ammunition, and a seven-round magazine containing seven rounds of 9mm hollow-point ammunition.

## SUBSTITUTE ASSETS PROVISION

3.      If any of the above forfeitable property, as a result of any act or omission or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

A TRUE BILL.

FOREPERSON

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

### UNITED STATES OF AMERICA

v.

### ROBBY VELAZQUEZ

## INDICTMENT FOR

### 18 U.S.C. § 922(g)(1)

### PHILIP R. SELLINGER
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

### JOSEPH MCFARLANE
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5026*