[Docket Nos. 10 & 12]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBBY VELAZQUEZ,<br><br>Defendant. | Crim. No. 23-657 (RMB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant Robby Velazquez' Motion to Suppress Physical Evidence and Motion to Dismiss the Indictment, and the Court having considered the moving papers, the opposition thereto filed by the Government, and the witnesses' testimony from the suppression hearing, and for the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **4th** day of **January 2024**, hereby:

**ORDERED** that Defendant Robby Velazquez' Motion to Suppress Physical Evidence is **DENIED** (Docket No. 10); and it is finally

**ORDERED** that Defendant Robby Velazquez' Motion to Dismiss the Indictment is **DENIED** (Docket No. 12).

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge